# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| GARY RICHARD LACKEY, | ) | CLERK'S JUDGMENT |
| | ) | |
| Petitioner, | ) | Case No. 5:14CV54-V |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

 DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 19, 2014, Order.

                                            May 20, 2014

                                            Frank G. Johns, Clerk
                                            United States District Court